IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY WAYNE JOHNSON II,<br><br>Defendant. | CR 23-10-BU-DLC<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of possession with the intent to distribute controlled substances, specifically fentanyl, in violation of 21 U.S.C. § 841(a)(1) (Count 2) as set forth in the Indictment. The Defendant has also entered a plea of guilty to the charge of possession of a firearm in the furtherance of a drug trafficking crime, in violation of 21 U.S.C. 924(c)(1)(A)(i) (Count 3), as set forth in the Indictment. Defendant further agrees to the forfeiture allegation in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count 1 of the Indictment and the portion of Count 2 involving possession with intent to distribute methamphetamine.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged against him, and an informed and voluntary admission to the allegation of forfeiture;

2. That the Defendant is aware of the nature of the charge against him and the consequences of pleading guilty to the charge;

3. That the Defendant understands the allegation of forfeiture and the consequences of admitting to the allegation;

4. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offense charged against him, and admitting to the allegation of forfeiture;

5. That both his plea of guilty to the criminal offense charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offense charged and the legal basis for the forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every

provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Count 3 of the Indictment, and possession with the intent to distribute fentanyl as charged in Count 2 of the Indictment, and that sentence be imposed. I further recommend that the agreed forfeiture be imposed against Defendant, and that Count 1 of the Indictment and the portion of Count 2 involving possession with intent to distribute methamphetamine be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 16th day of April, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

3